**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6862**

———————

MARGARET A. GILLIAM,

             Plaintiff - Appellant,

       v.

OFFICER MCCOTTER; UNIT MANAGER HUTCHERSON; SERGEANT SCHILLING; DOCTOR DUNSTON; DOCTOR MILLER; NURSE FORBES; CAPTAIN HAYWOOD; WARDEN HARRIS; MR. ALEXANDER, Director of Medical,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (5:14-ct-03301-F)

———————

Submitted:  October 13, 2015        Decided:  October 16, 2015

———————

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Margaret A. Gilliam, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Margaret A. Gilliam appeals the district court's judgment dismissing her civil rights complaint under 42 U.S.C. § 1915(e)(2)(B)(i) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gilliam v. McCotter</u>, No. 5:14-ct-03301-F (E.D.N.C. May 18, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>